1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Cheney-Aguirre, | No. CV 12-689-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Hartford Fire Insurance Company, Hartford Comprehensive Employee Benefits Service Co., Hartford Life and Accident Insurance Company, Hartford Fire Insurance Company Income Protection Plan, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice (Doc. 19),

**IT IS HEREBY ORDERED** that this matter shall be dismissed with prejudice in its entirety, with each party to bear their own costs and attorneys' fees.

Dated this 24th day of July, 2012.

_A. Murray Snow_
_____
G. Murray Snow
United States District Judge